**Order entered May 28, 2015**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01095-CV

### AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC, Appellants

### V.

### AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04018-2013**

## ORDER

We **GRANT** appellants' May 22, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than June 5, 2015.

/s/     CRAIG STODDART
JUSTICE